IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01001-MSK-MEH

WELLS FARGO BUSINESS CREDIT, an operating division of Wells Fargo Bank, N.A.,

    Plaintiff,

v.

CONTINENTAL CASUALTY COMPANY and
COFACE OF NORTH AMERICA, INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 30, 2009.**

    The Motion for Protective Order [filed July 30, 2009; docket #27] is **granted**. The Stipulated Protective Order is accepted and entered contemporaneously with this minute order.